UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOMINIQUE HANKTON, WILLIE RAY DAVIS, on behalf of themselves and all those similarly situated | * * * | CIVIL ACTION NO. 2:17-cv-06441 |
| VERSUS | * * | JUDGE NANNETTE JOLIVETTE BROWN |
| TACI INVESTMENTS, INC., KAMAL P. SINGH, SANJAY MEHRA, MOHAMMED H. TILY, REFEICK ALI | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON |

**JOINT MOTION FOR EXTENSION TO SUBMIT MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO REQUEST COURT RESOLULTION OF ATTORNEYS' FEES AND COSTS AWARD**

NOW COME Plaintiffs, Dominique Hankton and Willie Ray Davis, on behalf of themselves and all others similarly situated, and Defendants, TACI Investments, Inc., Kamal P. Singh, Sanjay Mehra and Reffick Ali, improperly named Refeick Ali (Plaintiffs and Defendants collectively, the "Parties"), through their undersigned counsel, who respectfully move the Court for an Order extending the deadline for the Parties to file a written settlement agreement and a joint motion to approve the settlement agreement (collectively, "Joint Motion to Approve the Settlement Agreement"), and to submit Plaintiffs' attorneys' fees and costs award to the Magistrate for resolution, if an agreement cannot be reached, until January 2, 2019. The current deadline for filing the Joint Motion to Approve the Settlement Agreement and for requesting that the Magistrate resolve the issue of Plaintiffs' attorneys' fees and costs award is December 18, 2018. However, additional edits and revisions to the written settlement agreement have become

necessary and the Parties are working to finalize the agreement. Additionally, the Parties are still negotiating an award for Plaintiffs' attorneys' fees and costs.

WHEREFORE, Plaintiffs Dominique Hankton and Willie Ray Davis, and Defendants, TACI Investments, Inc., Kamal P. Singh, Sanjay Mehra and Reffick Ali, respectfully request that the Court grant this motion, and extend the deadline for the parties to file the Joint Motion to Approve the Settlement Agreement and to request that the Magistrate resolve the issue of Plaintiffs' attorneys' fees and costs award, if necessary, to January 2, 2019.

Respectfully submitted,

s/ *Kenneth C. Bordes*
Kenneth C. Bordes (No. 35668)
**KENNETH C. BORDES ATTORNEY AT LAW, LLC**
2725 Lapeyrouse Street
New Orleans, Louisiana 70119
Telephone:   504-588-2700
Facsimile:   504-708-1717
Email:       kcb@kennethbordes.com

**AND**

s/ *Joseph R. Bryant*
Gordon E. Jackson* (TN BPR #08323)
Joseph R. Bryant* (TN BPR #33830)
Paula Rachelle Jackson* (TN BPR #20149)
**JACKSON, SHIELDS, YEISER & HOLT**
262 German Oak Drive
Memphis, Tennessee 38018
Telephone:   901-754-8001
Facsimile:   901-759-1745
Email:       gjackson@jsyc.com
             rbryant@jsyc.com
             pjackson@jsyc.com

*Admitted Pro Hac Vice*

**Counsel for Plaintiffs**, Dominique Hankton and Willie Ray Davis

AND

**ADAMS AND REESE LLP**

*s/ Adrienne C. May*
LESLIE A. LANUSSE (No. 14115)
LAUREN L. TAFARO (No. 29320)
ADRIENNE C. MAY (No. 35037)
701 Poydras Street, 4500 One Shell Square
New Orleans, Louisiana 70139
Telephone:    504-582-3234
Facsimile:    504-566-0210
Email:        leslie.lanusse@arlaw.com
              lauren.tafaro@arlaw.com
              adrienne.may@arlaw.com

***Counsel for Defendants***, TACI Investments, Inc., Kamal P. Singh, Sanjay Mehra, and Reffick Ali