UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOMINIQUE HANKTON, et al.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 17-6441** |
| **TACI INVESTMENTS, INC., et al.** | **SECTION: "G" (2)** |

## ORDER

On July 1, 2017, Plaintiffs Dominique Hankton and Willie Ray Davis filed a complaint against TACI Investments, Inc. ("TACI"), Kamal P. Singh, Sanjay Mehra, Mohammad H. Tily and Reffick Ali (collectively "Defendants") for relief under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA").[1] Before the Court is a "Joint Motion for Approval of the Settlement and to Dismiss Claims with Prejudice" filed by all parties.[2] The parties filed the "Confidential Receipt, Release, & Indemnity Agreement" under seal with Court approval on January 7, 2019.[3]

Having considered the motion, the memorandum in support, the "Confidential Receipt, Release, & Indemnity Agreement" filed into the record in this matter under seal, and finding that the parties' proposed settlement involves the resolution of bona fide disputes under the Fair Labor Standards Act and is fair and reasonable, and approving same under the Fair Labor Standards Act,

---

[1] Rec. Doc. 1.

[2] Rec. Doc. 52.

[3] Rec. Doc. 55.

1

**IT IS HEREBY ORDERED** that the "Joint Motion for Approval of the Settlement and to Dismiss Claims with Prejudice"[4] is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims be dismissed with prejudice, except Plaintiffs' claim for a reasonable attorneys' fee award, which the parties have agreed they will submit to the Magistrate Judge for resolution if no agreement can be reached within two weeks of this Order.

**NEW ORLEANS, LOUISIANA**, this __11th__ day of February, 2019.

                                                         **NANNETTE JOLIVETTE BROWN**
                                                         **CHIEF JUDGE**
                                                         **UNITED STATES DISTRICT COURT**

---

[4] Rec. Doc. 52.